UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELIQUE NICOLE HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,[1] Commissioner of Social Security,<br><br>Defendant. | No. 1:18-cv-01372-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE OPENING BRIEF**<br><br>**(Doc. 5)** |

Plaintiff Angelique Nicole Hernandez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability insurance benefits pursuant to Title II and supplemental security income pursuant to Title XVI of the Social Security Act. The Scheduling Order in the above-captioned case provides that if the parties do not agree to remand after the exchange of confidential letter briefs, Plaintiff shall file and serve an opening brief within thirty days of service of Defendant's responsive letter brief. Doc. 5 at 2, ¶ 6 (October 11, 2018).

---

[1] Commissioner of Social Security Andrew Saul is substituted as Defendant pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 USC 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Defendant served Plaintiff with the responsive letter brief on June 3, 2019. Doc. 16. Although more than thirty (30) days have passed since Defendant served his responsive letter brief, Plaintiff has not yet filed her opening brief.

Accordingly, Plaintiff is hereby ORDERED to file an opening brief within fifteen (15) days of this order. In the event that Plaintiff fails to file an opening brief within fifteen (15) days, the Court may dismiss this case for failure to prosecute, or otherwise may impose sanctions. The Clerk of Court is directed to mail a copy of this order to Plaintiff Angelique Nicole Hernandez, 193 W. Sample Avenue, Fresno, CA 94704.

IT IS SO ORDERED.

Dated: **July 18, 2019**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE